1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
JENNIFER LEIGH

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## TUCSON DIVISION

| | |
|---|---|
| Jennifer Leigh | **Case No.:** |
| Plaintiff, | **VERIFIED COMPLAINT** |
| v. | **(Unlawful Debt Collection Practices)** |
| Dorsey Thornton & Associates, LLC, a/k/a DTA Investigations, | |
| Defendant. | |

## PLAINTIFF'S COMPLAINT

JENNIFER LEIGH (Plaintiff), through attorneys, KROHN & MOSS, LTD., alleges the following against DORSEY THORNTON & ASSOCIATES a/k/a DTA INVESTIGATIONS (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona; therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Morenci, Greenlee County, Arizona.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant is a business with an office in Doraville, Georgia.

9. Defendant conducts business in Arizona.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. In or around March of 2011, Defendant began placing repeated calls to Plaintiff, seeking and demanding payment for an alleged debt.

12. Defendant calls Plaintiff from 404-935-9490, 404-935-9439, 404-935-9477, 404-935-9487, 337-348-5008, 424-901-1196, and possibly other numbers.

13. Plaintiff receives calls from Defendant's representatives who variously identify themselves as "agents," "officers," or "investigators."

14. On March 4, 2011, Plaintiff sent to Defendant a "cease and desist" letter, via USPS Certified Mail, disputing the alleged debt, demanding validation, and requesting that future calls cease. (See Exhibit "A" hereto).

PLAINTIFF'S COMPLAINT

15. On April 1, 2011, the letter was returned to Plaintiff as "unclaimed" by the intended recipient.

16. Soon thereafter, Plaintiff spoke to Defendant's representative, "Agent Wilson," regarding attempts to mail correspondence to Defendant, who stated, "We don't have to accept them."

17. Defendant has called Plaintiff before 8 A.M., local time.

18. Defendant has spoken to Plaintiff's daughter and made threats and demands concerning the alleged debt.

19. Despite Plaintiff's repeated requests for validation of the debt and that calls cease, Defendant has continued to call Plaintiff, often as many as six to seven times per day, seeking and demanding payment on an alleged debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

20. Defendant violated the FDCPA based on, but not limited to, the following:

   a. Defendant violated §1692c(a)(1) by communicating or attempting to communicate with a consumer before 8 o'clock antemeridian or after 9 o'clock postmeridian, local time at the consumer's location;

   b. Defendant violated §1692c(b) of the FDCPA by communicating, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, to third parties in connection with the collection of any debt;

   c. Defendant violated §1692c(c) of the FDCPA by communicating with the consumer after the consumer has notified the debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer;

   d. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt;

   e. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person called at that number; and

   f. Defendant violated §1692e(10) of the FDCPA by making false or

PLAINTIFF'S COMPLAINT

1

deceptive representations in connection with the collection of a debt.

2

3

WHEREFORE, Plaintiff, JENNIFER LEIGH, respectfully requests judgment be entered

4

against Defendant, DORSEY THORNTON & ASSOCIATES a/k/a DTA INVESTIGATIONS,

5

for the following:

21. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15

6

U.S.C. 1692k,

7

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act,

8

15 U.S.C. 1692k

9

23. Any other relief that this Court deems appropriate.

10

RESPECTFULLY SUBMITTED,

11

DATED:  August 25, 2011                    KROHN & MOSS, LTD.

12

13

By: /s/ Ryan Lee_____

14

Ryan Lee
15
Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, JENNIFER LEIGH, states as follows:

1.    I am the Plaintiff in this civil proceeding.

2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3.    I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4.    I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.

6.    Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7.    Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JENNIFER LEIGH, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 08/18/2011

JENNIFER LEIGH

- 5 -

PLAINTIFF'S COMPLAINT