Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
JENNIFER LEIGH

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## TUCSON DIVISION

| | |
|---|---|
| Jennifer Leigh | Case No.: 4:11-cv-527-TUC-JGZ |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| Dorsey Thornton & Associates, LLC, a/k/a DTA Investigations, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH OUT PREJUDICE

Plaintiff, Jennifer Leigh, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with out prejudice.

Dated: November 10, 2011                    KROHN & MOSS, LTD.


                                            By: /s/ Ryan Lee
                                                Ryan Lee
                                                Attorneys for Plaintiff
                                                Jennifer Leigh

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2011, I electronically filed the foregoing Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A true and correct copy was electronically submitted by United States Postal mail to the following:

Dorsey Thornton and Associates, LLC

3988 Flowers Rd.

Doraville, GA 30360

By: /s/ Ryan Lee

      Ryan Lee
      Attorney for Plaintiff