IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Leigh,<br><br>    Plaintiff,<br><br>vs.<br><br>Dorsey Thornton & Associates, LLC, a/k/a DTA Investigations,<br><br>    Defendant. | No. CV 11-527-TUC-JGZ<br><br>**ORDER** |

Pursuant to Plaintiffs' notice of voluntary dismissal (Doc. 5) and Fed. R. Civ. P. 41(a)(1), IT IS HEREBY ORDERED that this case is **dismissed without prejudice**. The Clerk of the Court shall close the file in this matter.

DATED this 18th day of November, 2011.

Jennifer G. Zipps
United States District Judge